# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-427-FDW-DCK

| | |
|---|---|
| **RUDY G. PASTORA-CABRERA,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **PAVERS, WALLS AND STAMPED CONCRETE, LLC; CJG PROPERTY INVESTMENTS, LLC; EDITH GRANCHO; and JOAQUIM GRANCHO,** | )<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Meredith S. Jeffries, filed a "Certification Of Mediation Session" (Document No. 20) notifying the Court that the parties reached a settlement on July 20, 2020. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **August 24, 2020**.

**SO ORDERED**.

Signed: July 23, 2020

David C. Keesler
United States Magistrate Judge